USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARENCE STALLWORTH,

Plaintiff,

-against-

CITY OF NEW YORK; OFFICER ATKINS, in his individual capacity; JOHN/JANE DOE NYPD OFFICERS AND EMPLOYEES 1-20, in their individual capacities; HUNTS POINT SERVICE STATION, INC.,

Defendants.

26-CV-07919 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff Clarence Stallworth, proceeding *pro se*, filed this action on September 10, 2026. Dkt. No. 1. Mr. Stallworth asserts claims under 42 U.S.C. § 1983 and state law, and alleges that Defendants deprived him of access to his car and allowed it to be damaged while in their possession. *See generally* Dkt. No. 12. On November 13, 2026, Mr. Stallworth filed an emergency motion for expedited judicial intervention, seeking, *inter alia*, the return of his car key, correction of the City's stolen-vehicle designation of his car, and production of the New York City Police Department's seizure and stolen-report records. Dkt. No. 23. Mr. Stallworth alleges that Defendants' deprivation continues to cause him financial hardship, interferes with his property rights, and exposes him to further risk of seizure and impoundment. *Id.*

Accordingly, it is hereby ORDERED that Mr. Stallworth's motion for preliminary injunctive relief shall be heard on an expedited basis. Defendants shall respond to Mr. Stallworth's motion by **November 25, 2026**. Mr. Stallworth's reply shall be due by **December 2, 2026**. The Court will enter an appropriate order once briefing on the motion is complete.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Stallworth.

Dated: November 18, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge